# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| CONSOLIDATED TRANSACTION PROCESSING LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>WALGREENS CO., d/b/a WALGREENS,<br><br>*Defendant.* | C.A. No. 4:23-cv-1078-ALM<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING JOINT MOTION TO DISMISS

On this day, Plaintiff Consolidated Transaction Processing LLC ("Plaintiff") and Defendant Walgreens Co., d/b/a Walgreens ("Defendant") (collectively, the "Parties") announced to the Court that they have resolved Plaintiff's claims for relief against Defendant and Defendant's counterclaims against Plaintiff asserted in this case. The Parties have therefore requested that the Court dismiss Plaintiff's claims for relief against Defendant and Defendant's counterclaims for relief against Plaintiff with prejudice, and with all attorneys' fees, costs and expenses taxed against the party incurring same. Defendant may re-assert its claims and counterclaims in the event any Person or Entity asserts a claim related to the Asserted Patents or this Settlement Agreement against Defendant, unless said assertion is cured by Plaintiff within 30 days of notice from Defendant. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims for relief against Defendant and Defendant's counterclaims against Plaintiff are dismissed with prejudice.

- 2 -

      IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.